**Opinion issued January 24, 2013**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-11-00246-CV**

———————————

**JOSEPHINE MASUKU, Appellant**

**V.**

**BANK OF AMERICA, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 11CCV044193**

---

## MEMORANDUM OPINION

Appellant, Josephine Masuku, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.